*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, BROWN, and de GROOT
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Daniel D. JACOMEAVILA**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202400074**

_____

Decided: 2 October 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Andrea C. Goode (arraignment)
Matthew M. Harris (trial)

Sentence adjudged 15 November 2023 by a general court-martial tried at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 51 months, and a dishonorable discharge.[1]

---

[1] Appellant was credited with serving 362 days of pretrial confinement.

*8 October 2024: Entry of Judgment as Modified on Appeal administratively corrected to reflect the affirmed sentence of dishonorable discharge.*

Opinion of the Court

For Appellant:
*Lieutenant Raymond E. Bilter, JAGC, USN*

—————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

—————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not sufficiently identify the dates of the specifications to which Appellant pleaded guilty.[3] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[4] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.



FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] *United States v. Wadaa*, 84 M.J. 652 (N-M. Ct. Crim. App. 2024).

[4] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202400074 |
| **v.** | **ENTRY OF JUDGMENT** |
| **Daniel D. JACOMEAVILA**<br>**Lance Corporal (E-3)**<br>**U.S. Marine Corps**<br><br>*Accused* | *As Modified on Appeal*<br><br>**2 October 2024** |

On 15 November 2023, the Accused was tried at Marine Corps Base Camp Pendleton, California, by a general court-martial, consisting of a military judge sitting alone. Military Judge Matthew M. Harris presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:**   Violation of Article 107, Uniform Code of Military Justice, 10 U.S.C. § 907.

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:**   **On or about 17 November 2022, make a false official statement.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Charge II:**   Violation of Article 118, Uniform Code of Military Justice, 10 U.S.C. § 918.

> *Plea:* Not Guilty.
> *Finding:* Withdrawn.

**Specification 1:** **On or about 17 November 2022, commit unpremeditated murder.**

*Plea:* Not Guilty.

*Finding:* Withdrawn.

**Specification 2:** **On or about 17 November 2022, commit murder through an inherently dangerous act.**

*Plea:* Not Guilty.

*Finding:* Withdrawn.

**Charge III:** **Violation of Article 119, Uniform Code of Military Justice, 10 U.S.C. § 919.**

*Plea:* Not Guilty.

*Finding:* Withdrawn.

**Specification:** **On or about 17 November 2022, commit involuntary manslaughter.**

*Plea:* Not Guilty.

*Finding:* Withdrawn.

**Charge IV:** **Violation of Article 131b, Uniform Code of Military Justice, 10 U.S.C. § 931b.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 1:** **On or about 17 November 2022, obstruct justice.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification 2:** **On or about 17 November 2022, obstruct justice.**

*Plea:* Guilty.

*Finding:* Guilty.

**Additional Charge I:**     **Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

*Plea:* No plea entered.

*Finding:* Withdrawn prior to entry of pleas.

**Specification:**     **On or about 17 November 2022, violate a lawful general order (Combat Center Order 1630.6D, Discipline and Law Enforcement Regulations, dated 8 November 2021 and Discipline and Law Enforcement Regulations Instruction Manual, 1630.6, dated 30 August 2022, Enclosure (1)) by wrongfully possessing personal firearms (a pistol and two rifles) in his barracks room.**

*Plea:* No plea entered.

*Finding:* Withdrawn prior to entry of pleas.

**Additional Charge II:**     **Violation of Article 134, Uniform Code of Military Justice, 10 U.S.C. § 934.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification:**     **On or about 17 November 2022, commit negligent homicide.**

*Plea:* Guilty.

*Finding:* Guilty.

## SENTENCE

On 15 November 2023, a military judge sentenced the Accused to the following:

**Reduction to E-1.**

*For the Sole Specification of Charge I:* confinement for 3 months.

*For Specification 1 of Charge IV:* confinement for 6 months.

*For Specification 2 of Charge IV:* confinement for 12 months.

*For the Sole Specification of Additional Charge II:* confinement for 36 months.

The terms of confinement for Specifications 1 and 2 of Charge IV will be served concurrently with each other.

The terms of confinement for Specifications 1 and 2 of Charge IV being served concurrently will be served consecutively with the terms of confinement for all other charges and specifications. The terms of confinement for all other charges and specifications will likewise be served consecutively.

**Confinement for a total of 51 months.**

**Dishonorable Discharge.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court